IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS HALL, | : |
| | : |
|       Plaintiff, | : |
| | :  CIVIL ACTION |
| v. | : |
| | : |
| | : |
| EQUIFAX INFORMATION | :  NO. 15-2938 |
| SERVICES, et al., | : |
| | : |
|       Defendants. | |

## ORDER

**AND NOW**, this 31st day of August, 2016, upon consideration of defendant Reading Health System's motion to dismiss for failure to state a claim (Doc. No. 25), the plaintiff's response (Doc. No. 27), and the defendant's reply (Doc. No. 30), **IT IS HEREBY ORDERED** that:

    1.    The defendant's motion to dismiss (Doc. No. 25) is **DENIED**.

    2.    Defendant Reading Health System shall file its answer to plaintiff's amended complaint within twenty (20) days of the date of this Order.

                                                                         BY THE COURT

                                                                         /s/ Lawrence F. Stengel
                                                                         LAWRENCE F. STENGEL, J.